KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY PARKER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　　Defendant. | **CASE NO: 4:23-cv-01885-HSG**<br><br>**ORDER ON STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**Hon. Haywood S. Gilliam, Jr.** |

Upon Stipulation of the parties and counsel, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Standard Insurance Company shall have until August 1, 2023 to respond to Plaintiff, Troy Parker's Complaint (Doc. 1) in this matter.

DATED: 5/22/2023

　　　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court