KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY PARKER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO:  4:23-cv-01885-HSG<br><br>ORDER ON STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)<br><br>Hon. Haywood S. Gilliam, Jr. |

　　Upon Stipulation of the parties and counsel, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Case Management Conference scheduled for August 15, 2023 is continued to September 12, 2023, at 2:00 p.m. via AT&T Conference Line. All attorneys and pro se litigants appearing for a telephonic case management conference are required to dial-in at least 15 minutes before the hearing to check-in with the CRD.

DATED:  7/18/2023

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court