1  Glenn Kantor, SBN 122643
   Email: gkantor@kantorlaw.net
2  Alan E. Kassan, SBN 113864
   Email: akassan@kantorlaw.net
3  KANTOR & KANTOR, LLP
4  19839 Nordhoff Street
   Northridge, CA 91324
5  Telephone: (818) 886-2525
   Facsimile:  (818) 350-6272
6
7  Attorneys for Plaintiff,
   TROY PARKER
8

9  JORDAN S. ALTURA (SBN: 209431)
   Email: jaltura@grsm.com
10 REBECCA A. HULL (SBN: 99802)
   Email: rhull@grsm.com
11 GORDON REES SCULLY MANSUKHANI, LLP
12 275 Battery Street, Suite 2000
   San Francisco, CA 94111
13 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
14
15 Attorneys for Defendant
   STANDARD INSURANCE COMP ANY
16

17                    UNITED STATES DISTRICT COURT
18
                     NORTHERN DISTRICT OF CALIFORNIA
19

20 TROY PARKER,                           | CASE NO:  4:23-cv-01885-HSG
21         Plaintiff,                      | **JOINT STIPULATION AND ORDER REGARDING ADR SELECTION AND COMPLETION DATE**
22     vs.
23 STANDARD INSURANCE COMPANY,             | **Case Management Conference: 9-12-2023**
24         Defendant.
25
26
27
28

                                  1
JOINT STIPULATION AND ORDER RE ADR PROCEDURE, DEADLINE

Plaintiff TROY PARKER ("Mr. Parker"), and Defendant STANDARD INSURANCE COMPANY ("STANDARD" OR "Defendant"), stipulate to the following with regard to satisfaction of their Alternative Dispute Resolution obligations, and jointly request that the Court so order:

**Form of ADR Procedure**:   Private mediation

**ADR Completion Deadline**:   December 11, 2023

SO STIPULATED.

DATED:  Sept. 19, 2023        KANTOR & KANTOR, LLP

By: /s/ *Glenn R. Kantor* _____
GLENN R. KANTOR
Attorneys for Plaintiff
Troy Parker

DATED:  Sept. 19, 2023        GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Jordan S. Altura* _____
JORDAN S. ALTURA
REBECCA A. HULL
Attorney for Defendant,
Standard Insurance Company

**Filer's Attestation – Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that he has obtained concurrence and authorization regarding the filing of this document and its content from the signatories to this document.

DATED:  Sept. 18, 2023        GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Jordan S. Altura*
Jordan S. Altura

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**ORDER ON STIPULATION**

Upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that the above ADR procedure and completion deadline are adopted.

SO ORDERED.

Date: 9/21/2023

United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525