UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TROY PARKER,

        Plaintiff,

v.

STANDARD INSURANCE COMPANY,

        Defendant.

Case No. 23-cv-01885-HSG

**SCHEDULING ORDER**

A case management conference was held on September 12, 2023. Having considered the parties' revised proposal, *see* Dkt. No. 26, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 3, 2023 |
| Close of Fact Discovery | March 1, 2024 |
| Exchange of Opening Expert Reports | March 15, 2024 |
| Exchange of Rebuttal Expert Reports | March 29, 2024 |
| Close of Expert Discovery | April 12, 2024 |
| Dispositive Motion Hearing Deadline | June 6, 2024, at 2:00 p.m. |
| Pretrial Conference | September 10, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | September 30, 2024, at 8:30 a.m. |

//

//

//

//

1   These dates may only be altered by order of the Court and only upon a showing of good
2   cause.  The parties are directed to review and comply with this Court's standing orders.  This
3   terminates Dkt. No. 26.
4   **IT IS SO ORDERED.**
5   Dated:   9/25/2023

    HAYWOOD S. GILLIAM, JR.
    United States District Judge