UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY PARKER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO: 4:23-cv-01885-HSG<br><br>**ORDER ON STIPULATION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Hon. Haywood S. Gilliam, Jr. |

　　Upon Stipulation of the parties and counsel, AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Mediation Completion Date in this matter be continued from December 11, 2023 to December 29, 2023.

DATED: 10/20/2023

HAYWOOD S. GILLIAM, JR.
Judge of the U.S. District Court

---

1
ORDER ON STIPULATION TO CONTINUE MEDIATION COMPLETION DATE